No. 85–7010. KING *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner to consolidate the petition for writ of certiorari with No. 84–6075, *Tison* v. *Arizona* [certiorari granted, 475 U. S. 1010], denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth

and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.